# COURT OF ERRORS AND APPEALS.

---

## DAVID HALLIDAY, appellant, and PETER A. JOHNSON, respondent.

A decree in a mortgage case was appealed from; and pending the appeal and within a year from the date of the decree, an agreement, under seal, was made between the parties, that a certain portion of the amount due on the decree should be paid on the execution of the agreement; that the interest on the balance should be paid half yearly, and that instalments of principal should be paid yearly; and that on failure in paying any instalment, the complainant should be at liberty to issue execution on his decree.

*Held,* that on failure of payment of an instalment, an execution might issue after a year without a *scire facias.*

This case, and the decision of the Chancellor thereupon, is reported *ante*, page 22.

*Scofield* and *W. Pennington* for the appellant.

*Little* and *A. Whitehead* for the respondent.

The decree of the Chancellor was affirmed, unanimously.